## **EXHIBIT A**

Being Lot Number Seventy-two (72) of **FRANKLIN ADDITION**, as the same is numbered and delineated upon the recorded plat thereof, of record in Plat Book 4, page 297, Recorder's Office, Franklin County. Ohio.

Parcel No.: 010-975

Also known as: 115-117 Chicago Ave., Columbus, Ohio 43222

Prior Instrument No.: Official Records Vol. 30514, page C-15