# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: Glenn Canterbury | : | Case No: 18-57499 |
| Debtor(s) | : | Chapter 13 Judge: C KATHRYN PRESTON |
| | : | Filed 6/6/19 Amended plan |

## CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION

Now comes Frank M. Pees, Standing Chapter 13 Trustee, and objects to the confirmation of the plan and requests that the Court enter an Order denying confirmation for the reasons set forth below and dismissing the case, pursuant to 11 U.S.C. §1307. This objection supersedes any prior objection filed in this case by the Trustee.

Above median income_____          Below median income__X__

__X__  **11 U.S.C. §1325(a)(1)**-Plan does not comply with all provisions of Chapter 13 of Title 11 and the other applicable provisions of Title 11:

  __X__ Other: **Wells Fargo filed a secured claim (debt disclosed in Sch F); however, plan is silent as to this debt (\*Note: If Debtor's obj to this claim is granted, this issue ok; however, length will be short at 32 mos\*)**

  **Orders have not been entered on the Motions for determination the mtgs/lien is unsecured per plan 5.4.1. Length subject to change once orders are entered.**

  **Provide basis for Ohio Dept of Tax lien to be disclosed in plan section 5.1.2 as this section is not for tax liens. (Note: These liens are already provided for in section 5.2.1 and 5.4.1.)**

  **Appears the Amended plan (Doc 28) was not filed as a pdf on pacer.**

  **Amended plan #1 does not mark the box for section 5.1.2.**

Pursuant to LBR 3015-2(a), amendments necessary to place the plan in a posture for confirmation must be filed at least ten (10) days prior to the hearing on confirmation set for June 20, 2019, unless Debtor(s) have entered into an Agreed Order with the Trustee and so are bound by the terms of that Order.

Therefore, the Trustee prays that confirmation is denied and this case be dismissed for cause pursuant to §1307(c).

## TERMS OF THE PLAN:

**Plan Payments: 300 mo  - December - March each year; 920 mo - April - November each year.**

**Best Interest Dividend: 0%**     **Dividend: 1%**

**Length: 39 Months**

Dated: June 07, 2019                               Respectfully submitted,

                                                   **/s/ Frank M. Pees**
                                                   Frank M. Pees
                                                   Chapter 13 Trustee
                                                   130 East Wilson Bridge Road #200
                                                   Worthington, Ohio 43085
                                                   (614) 436-6700
                                                   trustee@ch13.org

CERTIFICATE OF SERVICE

    The undersigned hereby certified that on the date shown below a copy of the Trustee's Objection to Confirmation was served electronically on the Office of the United States Trustee and Debtor's attorney, and on the Debtor(s) at the address as currently shown in the Trustee's records by regular first class mail, postage prepaid.

Dated: June 07, 2019          **/s/ Frank M. Pees**
Frank M. Pees
Chapter 13 Trustee
130 East Wilson Bridge Road #200
Worthington, Ohio 43085-6300