**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO – EASTERN DIVISION**

| | | |
|---|---|---|
| In re:  Glenn Canterbury | : | Case No. 18-57499 |
| | : | |
| Debtor | : | Chapter 13 |
| | : | |
| | : | Judge Preston |

**AMENDED RESPONSE OF CREDITOR STATE OF OHIO BUREAU OF WORKERS'**
**COMPENSATION TO DEBTOR'S MOTION FOR DETERMINATION**
**THAT LIEN IS WHOLLY UNSECURED AND VOID [DOC. NO. 30]**

Now comes Attorney General Dave Yost, acting through special counsel duly appointed as provided in Ohio Revised Code Section 109.08, on behalf of Creditor, the State of Ohio Bureau of Workers' Compensation ("BWC"), and amends its response filed at Docket No. 41 to Debtor's Motion for Determination that Lien is Wholly Unsecured and Void (Doc. No. 30).  The purpose of the amendment is to correct the priority of the lien at issue in Debtor's Motion filed at Docket No. 30.

> Respectfully submitted,
> Dave Yost
> Attorney General of Ohio
>
> /s/ Brian M. Gianangeli
> THE LAW OFFICE OF CHARLES MIFSUD, LLC
> Charles A. Mifsud (0070498)
> Special Counsel to the Attorney General
> Brian M. Gianangeli (0072028)
> 6305 Emerald Parkway
> Dublin, OH 43016
> Phone – (614) 389-5282
> Fax – (614) 389-2294
> bgianangeli@mifsudlaw.com
>
> Attorney for State of Ohio,
> Bureau of Workers' Compensation

## MEMORANDUM IN SUPPORT

On June 6, 2019, Debtor filed his Motion seeking to avoid a lien filed by BWC against Debtor's property located at 115-117 Chicago Ave., Columbus, OH 43222 (the "Real Property").[1] The lien at issue was identified in Debtor's Motion as being filed on December 17, 2015 under Case No. 15 JG 053990 with the Franklin County Clerk of Courts. However, the lien identified by Debtor is a renewal of an earlier lien originally filed on May 27, 2004 under case no. 04JG014933. See, Exh. A.

As set forth in his motion, Debtor's interest in the Real Property is valued at $17,500.00. Motion, ¶4. The first priority lien belongs to the Franklin County Treasurer in the amount of $1,407.36. Id., ¶4. The second, third and fourth priority liens belong to the Ohio Department of Taxation and BWC in the amounts of $379.18, $5,674.58 and $4,924.82. See, Docket Nos. 40, 42 and 43. With BWC's lien being originally filed on May 27, 2004, it has priority over all other liens listed in paragraph 5 of Debtor's Motion. As such, the amount due on the face of the lien, $884.77, is fully secured by Debtor's remaining equity in the property, the lien is secured pursuant to 11 U.S.C. 506(a) and is not subject to avoidance under 11 U.S.C. 506(d).[2]

---

[1] Debtor's Motion names the State of Ohio Department of Taxation as the lienholder, but the lien that Debtor seeks to avoid in the Motion was filed by BWC. See, Exh. A.

[2] The actual value of BWC's lien is $838.25 due to payments received since the renewal.

WHEREFORE, for the foregoing reasons, BWC asks that this Court deny Debtor's motion to avoid the lien of BWC recorded under Case No. 15 JG 053990 with the Franklin County Clerk of Courts.

Respectfully submitted,
Dave Yost
Attorney General of Ohio

/s/ Brian M. Gianangeli
THE LAW OFFICE OF CHARLES MIFSUD, LLC
Charles A. Mifsud (0070498)
Special Counsel to the Attorney General
Brian M. Gianangeli (0072028)
6305 Emerald Parkway
Dublin, OH 43016
Phone – (614) 389-5282
Fax – (614) 389-2294
bgianangeli@mifsudlaw.com

Attorney for State of Ohio,
Bureau of Workers' Compensation

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served by U.S. mail, postage prepaid, on this <u>26th</u> day of June, 2019, upon:

>Glenn Canterbury
>459 Prospect Street
>Columbus, OH 43204
>
>Marshall D Cohen
>Marshall D. Cohen Co., LLC
>1500 West Third Ave
>Suite 400
>Columbus, OH 43212
>
>Frank M Pees
>130 East Wilson Bridge Road
>Suite 200
>Worthington, OH 43085
>
>Asst US Trustee (Col)
>Office of the US Trustee
>170 North High Street
>Suite 200
>Columbus, OH 43215

>/s/ Brian M. Gianangeli
>Brian M. Gianangeli (#0072028)

E2458 - D38

**PRECIPE-RENEWAL**

DATE   12-03-15
COURT OF COMMON PLEAS OF FRANKLIN COUNTY

STATE OF OHIO
BUREAU OF WORKERS' COMPENSATION

           PLAINTIFF
  VS.

GLENN CANTERBURY
CANTERBURY STUCCO
114 CHICAGO AVE

COLUMBUS, OH 43222-1134

           DEFENDANT

MARYELLEN O'SHAUGHNESSY
FRANKLIN COUNTY CLERK OF COURT
373 SOUTH HIGH STREET
COLUMBUS, OH 43215

TAX TYPE: STATE INSURANCE
         FUND PREMIUM

RISK NO: 1318198-0
ACCOUNT NO ▓▓▓▓▓▓▓▓▓
CRN NO.: 4237178

**15J  G 12  53990**

THE AFOREMENTIONED PREMIUM ASSESSMENT HAS BECOME FINAL BY
OPERATION OF LAW FOR THE PURPOSES OF HAVING A JUDGMENT LIEN
RECORDED THEREON.

TO THE CLERK OF COMMON PLEAS COURT:

ENTER JUDGMENT AND RECORD
CERTIFICATE OF JUDGMENT.  RETAIN
ONE COPY AND RETURN ONE COPY TO THE
OFFICE OF THE ATTORNEY GENERAL

JUDGMENT RECORDED ON:

        OLD           RENEWAL       AMOUNT     884.77

DATE:   05-27-04

CASE NO.:  04JG-14933

DOCKET:  -

PAGE:    -

I hereby certify the foregoing to
be a true and correct copy of the
action of the Bureau of Workers'
Compensation taken this date with
respect to the above matter.

_____
onegby
SUPERVISOR OF ACCOUNTS RECEIVABLE
BUREAU OF WORKERS' COMPENSATION

LT805F

Exhibit A

